MICHAEL S. SORGEN (SBN 43107)
ANDREA ADAM BROTT (SBN 121288)
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

CARLETON L. BRIGGS (SBN 117361)
3510 Unocal Place, Suite 209
Santa Rosa, CA 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. HANSEN, MONICA S. HANSEN, BERNIE L. HANSEN, KELLY A. HANSEN, CARL J. BARTALDO, DONALD R. LANCASTER, CONSTANCE A. LANCASTER, and SHASTA GENERAL ENGINEERING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTHUR SCHUBERT; JOYCE BARAL; BERNIE RENTERIA; R. GARCIA; GREG A. ZIEGLER; VINCENT ZAMBRANA; STEPHANIE MCCALL; SHON HILL; CRAIG BURSON; K.R. ERICSON; and DOES 1 through 50, inclusive,<br>Defendants. | Civil Action No.CIV-S-02-0850 FCD GGH<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL DATES**<br><br>"AS MODIFIED" |

WHEREAS this case was stayed from June 10, 2003 to December 15, 2004; and

WHEREAS plaintiffs filed a supplemental complaint on March 8, 2005; and

WHEREAS there has been a substantial delay in the defendants' disclosure of documents because of the need to secure approval from the District Attorney of Shasta County and the office of the United States Attorney for the Eastern District of California; and

WHEREAS the parties may still have disputes regarding the accessibility of plaintiffs to

documents which defendants now believe are privileged and/or confidential; and

WHEREAS the disputes as to documents has substantially delayed the completion of existing depositions and the initiation of new ones; and

WHEREAS the discovery cutoff is currently set for October 7, 2005 but cannot be fairly and timely accomplished; and

WHEREAS defendants counsel has a substantial trial schedule for the remainder of 2005,

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

(1) that the discovery cutoff be postponed to April 7, 2006;

(2) that the date for disclosure of experts be set for April 10, 2006 disclosure of rebuttal experts set for April 24, 2006, and the expert discovery cutoff for May 8, 2006;

(3) that dispositive motions be heard no later than July 21, 2006;

(4) that the date for the joint pre-trial conference statement be set over to September 22, 2006, the pre-trial conference be set for September 29, 2006 at 1:30 p.m., and the trial be held commencing November 28, 2006, 9:00 a.m.


LAW OFFICES OF MICHAEL S. SORGEN


Dated: September 9, 2005                    By _____
                                                Michael S. Sorgen
                                                Attorneys for Plaintiffs


Dated: September 9, 2005                    By _____
                                                Gary Binkerd
                                                Deputy Attorney General


APPROVED AND SO ORDERED:

Dated: September 15, 2005                   By /s/ Frank C. Damrell Jr._____
                                                Honorable Frank C. Damrell Jr.
                                                United States District Judge


STIPULATION AND PROPOSED ORDER

- 2 -