1  BILL LOCKYER
   Attorney General of the State of California
2  DARRYL L. DOKE
   Lead Supervising Deputy Attorney General
3  STEPHEN J. EGAN, State Bar No. 56941
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5371
6    Fax:  (916) 322-8288
     Email:  Stephen.Egan@doj.ca.gov
7
   Attorneys for  Defendants
8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **MARK J. HANSEN, MONICA S. HANSEN, BERNIE L. HANSEN, KELLY A. HANSEN, CARL J. BARTALDO, DONALD R. LANCASTER, CONSTANCE A. LANCASTER, and SHASTA GENERAL ENGINEERING, INC., a California corporation,** | 02-0850 FCD GGH |
| | **STIPULATION** and **ORDER** |
| Plaintiffs, | "AS MODIFIED" |
| v. | |
| **ARTHUR SCHUBERT, JOYCE BARAL; BERNIE RENTERIA; R. GARCIA; GREG A. ZIEGLER; VINCENT ZAMBRANA; STEPHANIE McCALL; SHON HILL; CRAIG BURSON; K.R. ERICSON; and DOES 1 through 50, inclusive,** | |
| Defendants. | |

        The parties stipulate to extend the dates due to the fact Tania Rose has just recently

again become involved in representing plaintiffs and Deputy Attorney General Gary Binkerd has

left the Attorney General's office and the case was reassigned to Deputy Attorney General

Stephen J. Egan The agreed upon dates are as follows:

        Discovery cut off  - June 7, 2006

        Designation of experts  - June 10, 2006

STIPULATION

                                    1

1    Designation of rebuttal of experts  - June 17, 2006

2    Expert discovery cut off  - June 27, 2006

3    Dispositive motions - July 21, 2006.

4    IT IS SO STIPULATED.

5   Dated:  March 23, 2006

6                                                                        /s/STEPHEN J. EGAN
                                                          STEPHEN J. EGAN
7   _____ Attorneys for Defendants_____

8   _____

9   Dated: March 23, 2006

10                                                                     /s/TANIA ROSE
                                                          TANIA ROSE
11  _____ Attorneys for Plaintiffs_____

12

13                                          ORDER

14       The court hereby accepts the stipulation of the parties but hereby modifies the schedule as

15  follows:

16       Discovery cut off  - June 7, 2006
         Designation of experts  - June 10, 2006
17       Designation of rebuttal of experts  - June 17, 2006
         Expert discovery cut off  - June 27, 2006
18       The last date that Dispositive motions may be heard - September 1, 2006
         Final Pretrial Conference - November 17, 2006 at 1:30 p.m.
19       Joint Pretrial Statement due - November 9, 2006.
         Jury Trial - January 23, 2007 at 9:00 a.m.
20
    The court shall not grant any further modifications of the Pretrial Scheduling Order absent a
21
    properly filed and noticed motion.
22

23       IT IS SO ORDERED.

24  Dated: March 27, 2006
                                         /s/ Frank C. Damrell Jr.
25                                       Hon. Frank C. Damrell, Jr.
                                         Judge of the United States District Court
26                                       Eastern District of California

27

28

STIPULATION
                                          2