MICHAEL S. SORGEN (SBN 43107)
TANIA ROSE (SBN 151514)
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

CARLETON L. BRIGGS (SBN 117361)
3510 Unocal Place, Suite 209
Santa Rosa, CA 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253

Attorneys for Plaintiffs
MARK J. HANSEN, MONICA S. HANSEN,
BERNIE L. HANSEN, KELLY A. HANSEN,
CARL J. BARTALDO, DONALD R. LANCASTER,
CONSTANCE A. LANCASTER and SHASTA GENERAL
ENGINEERING, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. HANSEN, MONICA S. HANSEN, BERNIE L. HANSEN, KELLY A. HANSEN, CARL J. BARTALDO, DONALD R. LANCASTER, CONSTANCE A. LANCASTER, and SHASTA GENERAL ENGINEERING, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ARTHUR SCHUBERT; JOYCE BARAL; BERNIE RENTERIA; R. GARCIA; GREG A. ZIEGLER; VINCENT ZAMBRANA; STEPHANIE MCCALL; SHON HILL; CRAIG BURSON; K.R. ERICSON; and DOES 1 through 50, inclusive,<br>　　　　　　Defendants. | Civil Action No.CIV-S-02-0850 FCD GGH<br><br>**STIPULATION AND ORDER REGARDING EXPERT DISCLOSURE AND DISCOVERY**<br><br>"AS MODIFIED" |

　　　　WHEREAS counsel for plaintiffs shared with defendants' counsel by email a proposed motion, declaration and supporting memorandum to extend time for expert witness designation pursuant to FRCP 16(b); and

　　　　WHEREAS plaintiffs' counsel also suggested stipulations regarding other pending matters; and

- 1 -

WHEREAS the parties wish to amicably resolve procedural disputes in the interest of convenience and economy;

THEREFORE the parties hereby stipulate and request the Court's approval of the following:

1. Defendants will withdraw their objection to the disclosure two days late of Everett P. Harry as plaintiffs' damages expert;

2. Defendants may designate a rebuttal expert within two weeks after the Court's ruling on their intended motion for summary judgment and the parties will depose the respective damages experts within four weeks after the ruling on the motion for summary judgment;

3. Plaintiffs will dismiss Defendant Joyce Baral on condition that defendants will make her available for testimony at trial without the need for a subpoena;

4. Plaintiffs will dismiss Defendants Bernie Renteria and Shon Hill unconditionally.

DATED: July 13, 2006                    LAW OFFICES OF MICHAEL S. SORGEN

　　　　　　　　　　　　　　　　　　　　　　 /s/ Michael-Sorgen
　　　　　　　　　　　　　　　　　　　　　　 Michael . Sorgen
　　　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiffs

DATED: July 14, 2006

　　　　　　　　　　　　　　　　　　　　　　 /s/ Kevin-Reager
　　　　　　　　　　　　　　　　　　　　　　 Kevin Reager
　　　　　　　　　　　　　　　　　　　　　　 Attorney for Defendants

ORDER

The court interprets this stipulation as a Motion to Modify the Pretrial Scheduling Order pursuant to FRCP 16(b) and upon review of this stipulation and the history of this case finds that good cause exists to modify the Pretrial Scheduling order.  Accordingly, the Pretrial Scheduling Order is modified to incorporate the added conditions as set forth in the stipulation above.

IT IS SO ORDERED

Dated: July 18, 2006                    /s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　　　 Honorable Frank C. Damrell, Jr.
　　　　　　　　　　　　　　　　　　　　　　 United States District Judge