UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**MARK J. HANSEN, et al.,**

      **Plaintiff(s)**

      **v.**

**ARTHUR SCHUBERT, et al.,**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:02-cv-00850-FCD-GGH**

<u>**XX**</u> -- **Decision by Jury Verdict.  This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.**

      **IT IS ORDERED AND ADJUDGED**

           **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICTS RENDERED on 04/29/2008.**

           **Victoria C. Minor**
           **Clerk of Court**

**ENTERED:   April 29, 2008**

           **By: /s/ M. Price**
                **Deputy Clerk**